# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Lucille James                                CHAPTER 13

                  Debtor(s)

                                                       BKY. NO. 22-12937 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of PNC Bank, National Assocation and index same on the master mailing list.

                                                   Respectfully submitted,

                                            /s/ *Michael Farrington*
                                            Michael Farrington
                                            08 Nov 2022, 11:35:49, EST

                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 627-1322