United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 22-12937-amc |
|---|---|
| Lucille James | Chapter 13 |
| Lucille James | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 21, 2023 | Form ID: pdf900 | Total Noticed: 15 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Lucille James, 5437 Gainor Road, Philadelphia, PA 19131-1329 |
| db | +++ | Lucille James, MAILING ADDRESS, 956 E. Rail Road Ave., Bryn Mawr, PA 19010-3831 |
| 14732589 | + | PGW, 800 W. MONTGOMERY AVE, 3RD FL. BANKRUPTCY DEPT, Philadelphia, PA 19122-2806 |
| 14734720 | + | PNC Bank, National Assocation, C/O MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 22 2023 05:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 22 2023 05:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14740660 | + | Email/Text: bankruptcy@cavps.com | Feb 22 2023 05:09:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14740146 | + | Email/Text: bankruptcy@greenskycredit.com | Feb 22 2023 05:09:00 | Greensky,LLC, 1797 North East Expressway Ste. 100, Atlanta, GA 30329-2451 |
| 14746301 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 22 2023 05:14:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14732587 | + | Email/Text: amps@manleydeas.com | Feb 22 2023 05:09:00 | MEREDITH WOOTERS C/O MANLEY DEAS, 1555 LAKE SHORE DRIVE, Columbus, OH 43204-3825 |
| 14732588 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 22 2023 05:09:00 | PECO, P.O. BOX 37629, Philadelphia, PA 19101-0629 |
| 14745525 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 22 2023 05:09:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14732590 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 22 2023 05:09:00 | PNC BANK, 2730 LIBERTY AVE, PITTSBURGH, PA 15222-4704 |
| 14747292 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 22 2023 05:09:00 | PNC Bank, National Association, P.O Box 94982, Cleveland OH 44101 |
| 14734328 | ^ | MEBN | Feb 22 2023 05:14:35 | PNC Bank, National Assocation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

Case 22-12937-amc Doc 22 Filed 02/23/23 Entered 02/24/23 00:37:16 Desc Imaged
Certificate of Notice Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 21, 2023 | Form ID: pdf900 | Total Noticed: 15 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14732591 | *+ | MEREDITH WOOTERS C/O MANLEY DEAS, 1555 LAKE SHORE DRIVE, Columbus, OH 43204-3825 |
| 14732592 | *+ | PECO, P.O. BOX 37629, Philadelphia, PA 19101-0629 |
| 14732593 | *+ | PGW, 800 W. MONTGOMERY AVE, 3RD FL. BANKRUPTCY DEPT, Philadelphia, PA 19122-2806 |
| 14732594 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, 2730 LIBERTY AVE, PITTSBURGH, PA 15222-4704 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC Bank National Assocation bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Debtor Lucille James msoboles@yahoo.com 3532@notices.nextchapterbk.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PNC Bank National Assocation mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     Chapter 13
LUCILLE JAMES

Debtor     Bankruptcy No. 22-12937-AMC

# ORDER

**AND NOW**, this _____ day of _____, 202\_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: February 21, 2023**

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
MAGGIE S. SOBOLESKI
CENTER CITY LAW OFFICES LLC
2705 BAINBRIDGE STREET
PHILADELPHIA, PA 19146-

Debtor:
LUCILLE JAMES

956 E. RAIL ROAD AVE.

BRYN MAWR, PA 19010-